**Francesca Karczewska, Defendant in Error, v. Joseph Chmielewski, Plaintiff in Error.**

**Gen. No. 18,649.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

### Statement of the Case.

Suit by Francesca Karczewska against Joseph Chmielewski for breach of promise to marry. From a judgment in favor of plaintiff for one hundred and fifty dollars, defendant brings error.

SMIETANKA, JOHNSON, MOLTHROP & POLKEY, for plaintiff in error.

L. W. CARPENTER, for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

BREACH OF MARRIAGE PROMISE, § 20*—*when evidence sufficient to show promise to marry.* A judgment in favor of plaintiff in a suit for breach of promise, *held* sustained by the evidence, it appearing that defendant's denial of making the promise went only to the precise words used in addressing plaintiff, that the occasion of the interview was to enter into a contract of marriage, and that when plaintiff informed defendant she was willing his conduct and statements would reasonably lead plaintiff to believe that he was also willing.